Cohn & Flynn, of Chicago, (Erwin Cohn, of counsel,) for appellants.
No appearance for appellees.

CITY OF CHICAGO, Plaintiff-Appellee, *v.* JOHN A. HUTTER *et al.*, Defendants-Appellants.

(No. 57367;

First District (1st Division)—October 1, 1973.

*Rehearing denied November 1, 1973.*

Opinion by Mr. PRESIDING JUSTICE BURKE.

John A. Hutter, of Chicago, for appellants.

Richard L. Curry, Corporation Counsel, of Chicago, (William R. Quinlan and Harvey N. Levin, Assistant Corporation Counsel, of counsel,) for appellee.